**ORIGINAL**

Patrick J. Crank
Attorney General

John W. Renneisen
Deputy Attorney General

David L. Delicath
Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-5457

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GUNNAR KAYS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 03-CV-0015 |
| ) | |
| RODNEY P. LANG, CHARLES HEAD ) | |
| MICHAEL BOWMAN and WYOMING ) | |
| PROFESSIONAL TEACHING STANDARDS ) | |
| BOARD, ) | |
| ) | |
| Defendants. ) | |

### PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER DISMISSING COMPLAINT

COMES NOW, Defendant Wyoming Professional Teaching Standards Board (the Board), by and through the Office of the Attorney General of the State of Wyoming, and pursuant to U.S.D.C.L.R. 7.1(b)(2)(D), hereby respectfully submits the attached Proposed Findings of Fact, Conclusions of Law, and Order.

DATED this 24'th day of June, 2003.

David L. Delicath
Assistant Attorney General
Herschler Bldg., 1st Floor West
Cheyenne, WY 82002
(307) 777-7818

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing Proposed Findings of Fact, Conclusions of Law, and Order to be sent by First Class, postage prepaid, United States mail, on this 24th day of June, 2003, addressed to the following individuals:

Gunnar Kays
P.O. Box 3462
Laramie, WY 82073

Paul Schierer
Pence & MacMillan, LLC
P.O. Box 1285
Laramie, WY 82073-1285

William McKellar
Boley & McKellar, P.C.
P.O. Box 748
Cheyenne, WY 82003-0748

Susan C. Weidel
Sr. Associate General Counsel
University of Wyoming
P.O. Box 3434
Laramie, WY 82071-3434

OFFICE OF ATTORNEY GENERAL
STATE OF WYOMING

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GUNNAR KAYS, )<br>)<br>    Plaintiff, )<br>        v. )<br>)<br>RODNEY P. LANG, CHARLES HEAD )<br>MICHAEL BOWMAN and WYOMING )<br>PROFESSIONAL TEACHING STANDARDS )<br>BOARD, )<br>)<br>    Defendants. ) | Civil No. 03-CV-0015 |

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER DISMISSING COMPLAINT

### FINDINGS OF FACT

1. The Plaintiff filed his pro se complaint on January 27, 2003.

2. The Plaintiff mailed a copy of the complaint to the office of the Wyoming Attorney General, marked to the attention of two attorneys who represented the Defendant Wyoming Professional Teaching Standards Board (the Board) in a related hearing before an administrative agency. No summons accompanied that copy of the complaint.

3. The Plaintiff did not serve a copy of the complaint on the Board.

4. The Plaintiff has failed to accomplish proper service of the summons and complaint on the Board.

5. More than 120 days have elapsed since the Plaintiff filed his complaint.

3

## CONCLUSIONS OF LAW

1. Rule 4(m) of the Federal Rules of Civil Procedure requires that proper service of the summons and complaint must be accomplished within 120 days after filing the complaint.

2. Accordingly, this Court will dismiss the Plaintiff's complaint for insufficiency of service of process, in accordance with Federal Rule of Civil Procedure 12(b)(5).

THEREFORE, the Court orders that the above-captioned action is dismissed with respect to Defendant Wyoming Professional Teaching Standards Board.

DATED this ___ day of _____, 2003.

BY THE COURT

_____
District Court Judge